IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )
MONTOYA, E.                           )   CHAPTER 7
                                      )   CASE NO. 16-10078-TBM
                                      )
        Debtor(s).                    )

## REPORT OF SALE

COMES NOW Schur Success Auction & Appraisal Inc., in the above captioned proceeding and states as follows:

1. On February 23, 2017, Chapter 7 Trustee, Robertson B. Cohen, ("Trustee") obtained an Order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction through the Internet with the open bidding ending September 14, 2017. At list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $5,445.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on September 18, 2017.

4. The Undersigned was paid a ten percent (10 %) buyer's premium of $495.00; a five percent (5%) commission of $247.50. Expenses of $375.00 were incurred regarding this bankruptcy estate.

5. Is any items consigned by the Trustee were not sold, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certifies that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

Dated this September 15, 2017.

Respectfully submitted,

Richard D Schur,
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2017, a true and correct copy of the foregoing REPORT OF SALE was duly served by placing the same, postage pre-paid, in the United States mail, addressed as follows:

| | |
|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 | Robertson B. Cohen<br>Chapter 7 Trustee<br>1720 S Bellaire St., Ste. 205<br>Denver, CO 80222 |
| US Bankruptcy Court<br>721 19th Street<br>Denver, CO 80202 | Robert Lantz<br>Counsel for the Trustee<br>999 18th Street<br>South Tower, Suite S1500<br>Denver, CO 80202 |

/s/ *[signature]*

Richard D Schur,
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

**SCHURSUCCESS GROUP**
REAL ESTATE • AUCTION
FUNDRAISING • ASSET APPRAISAL

September 15, 2017

Attn: Rob Cohen
Cohen & Cohen PC
1720 S Bellaire St #205
Denver, CO 80222

Mr. Cohen:

In accordance with Fed. R. Bankr. P. 6004 (f)(1), this letter is your Report of Sale regarding the following auction:

| | | | |
|---|---|---|---|
| Case Number: | **16-BK-10078 TBM** | Debtor: | **E. Montoya** |
| Date of Sale: | September 14, 2017 | Time of Sale: | 2:00 PM |
| Location of Sale: | Monument, Colorado | Method of Sale: | Online only |
| Unsold Items: | **All remaining items from this auction were sold.** | | |

A number of enclosures are included with this letter including: A list of each lot sold, bidder number, and bid price; A list of all bidders registered for this auction; and A sample of advertising efforts.

All buyers were charged a thirteen and one-half percent (13.5%) buyer's premium for payments made via credit card, and a ten percent (10%) buyer's premium for purchases made via another method. The three and one-half percent (3.5%) difference between these percentages was retained by the auctioneer as a payment processing fee.

The total amount of funds received from is auction are detailed as follows:

| | |
|---|---|
| Gross Sales: | **$4950.00** |
| Buyer's Premium: | $495.00 |
| Credit Card Processing Fees: | $173.25 |
| Sales Tax: | $0.00 |
| Total Funds Collected: | **$5,618.25** |
| Total Funds Submitted: | **$5,445.00** |

Our Company seeks to be compensated by the Trustee for the following:

| | |
|---|---|
| Buyer's Premium: | $495.00 |
| Sales Commission: | $247.50 |
| Towing Charges: | $0.00 |
| Vehicle Storage (5 months @ $75) | $375.00 |
| Total Compensation Sought: | **$1,117.50** |

It has been our pleasure to serve you in this matter. Please do not hesitate to contact our office if you have any questions. We look forward to serving you again.

Sincerely,

Michael P. "Whit" Whitfield

Auction & Appraisal Services Manager

cc:   Robert Lantz, Counsel for Trustee
      Will Cook, Counsel for Debtor
      United States Trustee (19th Region)

# Seller Settlement



Invoice #: BK7RC-74789-1

Schur Success Group
366 Second St.
Suite B
Monument, CO 80132
Phone: (719) 667-1000
Tax #: 841162433

## Seller Information

| | |
|---|---|
| Seller Name: | Cohen, Rob |
| Seller Number: | BK7RC |
| Company: | Cohen & Cohen PC |
| Location: | 1720 S Bellaire St #205<br>Denver, CO 80222 |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | 2005 Ford Mustang GT |
| Date: | 08/25/2017 12:00 |
| Location: | 366 Second St.<br>Suite B<br>Monument, CO 80132 |

| Lot Num | Additional Description | Bid | Comm % | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 1 | 2005 Ford Mustang GT Coupe, VIN # 1ZVFT82H455114349 | $4,950.00 | 5% | ($247.50) | $4,702.50 |
| 1 | | $4,950.00 | | ($247.50) | $4,702.50 |

### Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| 09/13/2017 | Seller | Outdoor Storage | 1 Parking Slip / 5 Months @ $75 | $375.00 | |

Total Expenses: 1     Total: $375.00

### Summary

| | |
|---|---|
| Auction Gross | $4,950.00 |
| Commissions | ($247.50) |
| Expenses | ($375.00) |
| Credits | $0.00 |
| Auction Net | $4,327.50 |
| Total Paid | $0.00 |
| Balance Due | $4,327.50 |

| Bidder | First Name | Last Name | Phone | Addr 1 | City | State | Postal |
|---|---|---|---|---|---|---|---|
| 10000 | Rhonda | Baker | (719) 235-2625 | 3805 Curtis Rd | Peyton | CO | 80831 |
| 10001 | Lars | Ellingson | (720) 229-3191 | 6435 S Dayton Street #107 | Englewood | CO | 80111 |
| 10002 | Shannon | Schur | (303) 424-0520 | 366 Second Street, Suite B | Monument | CO | 80132 |
| 10003 | Alfredo | Leyva | (970) 888-1393 | 4010 central st | Evans | CO | 80620 |
| 10004 | Vanessa | Valentine | (720) 345-8285 | 2112 Calle Fontana | Fountain | CO | 80817 |
| 10005 | Horacio | Lopez | (720) 288-8026 | 1930 Newark St | Aurora | CO | 80010 |
| 10006 | michael | schaffer | (303) 477-6030 | 6305 west 6th ave A-2 | lakewood | CO | 80214 |
| 10007 | Stephane | DESCAMPS | (303) 330-4439 | 4500 S Monaco ST | denver | CO | 80237 |
| 10008 | John John | Genovese | (808) 634-2300 | 5189 Apelila st | Kapaa | HI | 96746 |
| 10009 | Joyce | Johnson | (719) 748-3513 | 566 ELK CREEK DR | DIVIDE | CO | 80814-8110 |
| 10010 | Thomas | Wrobel | (719) 598-2677 | 9589 Loch Linneh Place | Colorado Springs | CO | 80908 |
| 10011 | George | Metcalf | (303) 946-5403 | 6631 west 111th pl | Westminster | CO | 80020 |
| 10012 | Gerald | Hospador | (719) 321-4737 | 4676 Sleepy Hollow Cir N | Colorado Springs | CO | 80917 |
| 10013 | Craig | Hurtado | (720) 203-7669 | 4260 S. Yukon Way | Lakewood | CO | 80235 |
| 10014 | vincent | sorise | (517) 215-9495 | 1074 south Dahlia st. | glendale | CO | 80246 |
| 10015 | Kevin | Knebel | (805) 823-5422 | 2235 Cloverdale drive | Colorado Springs | CO | 80920 |
| 10016 | Jesse | Jurado | (303) 877-7380 | 3875 wolff st. | denver | CO | 80212 |
| 10017 | David | Peal | (719) 591-2691 | 860 Piros Dr | Colorado Springs | CO | 80922 |
| 10018 | Michael | Moffett-Wing | (720) 435-5839 | 5660 Country Heights Dr | Colorado Springs | CO | 80917 |
| 10019 | Rick | Ellis | (303) 523-4942 | 460 S. Miller St. | Lakewood | CO | 80226 |
| 10020 | Alejandro | Serrano | (970) 347-0104 | 3152 20th Avenue | Greeley | CO | 80631 |
| 10021 | Cole | Brooks | (720) 242-7137 | 10632 Owens St | Westminster | CO | 80021 |
| 10022 | Hilario | Ortiz | (720) 226-8655 | 5044 Carr st | Arvada | CO | 80002 |
| 10023 | Jose | Uribe | (915) 401-9037 | 201 e 45th ave | Denver | CO | 80216 |
| 10024 | abigail | melo | (720) 809-4404 | 1039 s fairplay way apt. 102 | aurora | CO | 80012 |
| 10025 | Richard | Jimenez | (303) 434-1150 | 9595 n pecos st #365 | Thornton | CO | 80260 |
| 10026 | Nicholas | Bowman | (303) 762-2683 | 4343 West Roanoke Place | Denver | CO | 80236 |
| 10027 | Shawn | Sulley | (720) 422-5332 | 6676 depew st | Arvada | CO | 80003 |
| 10028 | Tracy | Griffiths | (678) 510-3047 | 19925 Indian Summer Ln | Monument | CO | 80132 |
| 10029 | Tony | Englert | (970) 218-6024 | 604 oak st | Windsor | CO | 80550 |
| 10030 | Craig | Warren | (719) 310-0118 | 789 Alexander Rd. Apt B | Colorado Springs | CO | 80909 |
| 10031 | rodney | schroth | (303) 921-9721 | 633 e 3rd ave | castle rock | CO | 80108 |
| 10032 | Robert | Montoya | (719) 240-0716 | 421 booth ave. | Pueblo | CO | 81001 |
| 10033 | Carlos | Perez | (720) 371-5740 | 1139 Mockingbird St | Brighton | CO | 80601 |
| 10034 | David | Whitley | (970) 539-1269 | 24 Oak Avenue | Eaton | CO | 80615 |
| 10035 | Mo | Almuhanna | (720) 585-9054 | 18431 e linvale dr | aurora | CO | 80013 |
| 10036 | QUINTON | MAURER | (720) 999-7751 | 6712 warren dr | Denver | CO | 80221 |
| 10037 | Corrie | Cole | (719) 963-8463 | 6890 sivlerwind cr | colorado springs | CO | 80923 |



Schur Success Group
366 Second St.
Suite B
Monument, CO 80132
Phone: (719) 667-1000

Paddle #: 10036
Invoice #: 10036-74789-1
Date: 15-Sep-2017 10:20 MDT

## Buyer Information

| | |
|---|---|
| Buyer Name: | QUINTON MAURER |
| Paddle #: | 10036 |
| Phone #: | (720) 999-7751 |
| Email: | quintontmaurer@gmail.com |
| Billing: | 6712 warren dr<br>Denver, CO 80221 |

## Auction Information

| | |
|---|---|
| Auction: | 2005 Ford Mustang GT |
| Date: | 09/14/2017 |
| Location: | 366 Second St.<br>Suite B<br>Monument, CO 80132 |

| Lot | Paddle | Description | Qty | Bid | Sale Price | Premium | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 10036 | 2005 Ford Mustang GT Coupe, VIN # 1ZVFT82H455114349 - As of 9/12/2017, this vehicle was unable to be started with a jump. It is believed that this car has a dead battery. A Vehicle History Report is available at the bottom of this page. Year: 2005 | 1 | $4,950.00 | $4,950.00 | $668.25 | $0.00 | $5,618.25 |
| Total Lots: 1 | | | Totals: | | $4,950.00 | $668.25 | $0.00 | $5,618.25 |

**PAID IN FULL**

SubTotal: $5,618.25
Cash Total Due: $0.00

Paid Credit:
Type: Mastercard
Last 4: 1241
Approval: 58048P
Name: QUINTON T MAURER

$5,618.25

Tax codes used: TaxExempt